**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VISUAL EFFECT INNOVATIONS, LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 2:18-cv-00184 |
| SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD., | **JURY** |
| *Defendants*. | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO**
**MOVE, ANSWER OR**
**OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND**
**WAIVER OF FOREIGN SERVICE REQUIREMENT**

Before the Court is the Parties' Joint Motion For Extension Of Time To Move, Answer Or Otherwise Respond To Plaintiff's Complaint And Waiver Of Foreign Service Requirement. The Court, having considered same, is of the opinion the motion should be GRANTED.

IT IS SO ORDERED the deadline for Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including August 29, 2018.

IT IS FURTHER ORDERED that service of process for Samsung Electronics Company, Ltd. has been waived.